## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                                              Case No. 17−32358
                                                                                                   Chapter 13
Ava Maria Rudolph ,

    Debtor.

## NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above−referenced case. For the case to be discharged, the following must be filed within 30 days of this notice or the case will be closed without discharge.

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☑ **Motion for Entry of Discharge Under § 1328(a).** The motion must substantially conform to Local Form 6a and include all certifications required pursuant to Local Rule 4004−1(a). If the debtor(s) is unable to make all required Local Rule 4004−1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. § 1328(a).

Note: A motion to reopen case will be required for the debtor to receive a discharge after the case has been closed.

Dated February 23, 2021

                                                                                    Juan−Carlos Guerrero
                                                                                    Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
Ava Maria Rudolph  
    Debtor

Case No. 17-32358-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: jweiss | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: nfrndc | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ava Maria Rudolph, 2034 Beverly Drive, Montgomery, AL 36111-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles N. Parnell, III | on behalf of Creditor Daniel Motor Company Inc. bkrp@parnellsoutheast.com |
| Gail Donaldson | on behalf of Debtor Ava Maria Rudolph Gdonaldson@bondnbotes.com gailhdonaldson@gmail.com |
| Larry E. Darby, Esq | on behalf of Creditor Eastdale Apartments LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Richard C. Dean, Jr. | on behalf of Creditor Checkcare Systems rdean@mindspring.com collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org |
| Richard C. Dean, Jr. | |

on behalf of Creditor A & M Furniture Mart Inc. rdean@mindspring.com, collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org

Richard C. Dean, Jr.

on behalf of Creditor Alabama State Employees Credit Union rdean@mindspring.com collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org

Sabrina L. McKinney

trustees_office@ch13mdal.com

TOTAL: 8